IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GWEN THOMAS,** | ) |
| *Plaintiff,* | ) Civil Action No. |
| v. | ) **DEFENDANT AUTOMATTIC INC.'S** |
| | ) **NOTICE OF REMOVAL OF** |
| **AUTOMATTIC INC.** | ) **ACTION TO DISTRICT COURT** |
| **and JOHN DOE,** | ) **UNDER 28 U.S.C. § 1441(B)** |
| *Defendants.* | ) (DIVERSITY JURISDICTION) |

## NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441, Defendant Automattic Inc. ("Automattic" or "Defendant") hereby removes the action entitled *Gwen Thomas v. Automattic Inc. and John Doe,* Superior Court of the District of Columbia Case No. 2015 CA 008542 B, to this Court on the following grounds:

**I.      THE COMPLAINT AND STATE COURT PROCEEDINGS**

1.      On November 4, 2015 Plaintiff Gwen Thomas commenced this action by filing a complaint in the Superior Court of the District of Columbia, Case No. 015 CA 008542 B, entitled *Gwen Thomas v. Automattic Inc. and John Doe* (the "Action"). Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons, Complaint, and Initial Order and Addendum (the "Complaint") are submitted herewith. *See* Ex. 1; Ex. A, Declaration of Melinda M. Morton in Support of Automattic Inc.'s Notice of Removal ("Morton Decl."), ¶ 2.

2.      The first date upon which defendant Automattic received a copy of the Complaint

is November 18, 2015, when Automattic received an email message from Plaintiff's counsel attaching the Complaint. *See* Ex. A, Morton Decl., ¶ 3. Automattic also received a copy of the Complaint by mail on or about November 27, 2015. *See id.* Therefore, this notice of removal is timely filed within thirty (30) days of Defendant Automattic's receipt of service of the Complaint as required by 28 U.S.C. § 1446(b).

3. The Action is a civil case of which this Court has original jurisdiction under 28 USC § 1332. The Action is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs. The Prayer for Relief in the Complaint indicates that Plaintiff seeks $3,000,000 in compensatory damages and $6,000,000 in punitive damages, thereby exceeding the jurisdictional minimum in 28 USC § 1332.

4. Complete diversity of citizenship exists in that Plaintiff Gwen Thomas is a citizen of Virginia, as stated in the Complaint caption; and Defendant Automattic Inc. is incorporated under the laws of the State of Delaware and has its principal place of business in the State of California. *See* Ex. A, Morton Decl., ¶ 4. Defendant Automattic is the only defendant that has been served with the Complaint in this Action. *See id.*, ¶ 5. Plaintiff has also named a John Doe defendant, but pursuant to 28 USC § 1441(b)(1), "[i]n determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded."

5. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of removal of the Action to Plaintiffs and Adverse Parties and will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the District of Columbia.

THEREFORE, the above Action now pending in the Superior Court of the District of Columbia is hereby removed to this Court for determination.

- 3 -

DATED: December 18, 2015         STERNE, KESSLER, GOLDSTEIN & FOX
                                 P.L.L.C.


                          By:    /s/ Jonathan Tuminaro
                                 _____
                                 Daniel E. Yonan (Bar No. 473390)
                                 Jonathan Tuminaro (Bar No. 999051)
                                 STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
                                 1100 New York Ave., N.W.
                                 Washington, DC 20005
                                 (202) 371-2600

                                 Attorney for Defendant
                                 AUTOMATTIC INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served a true and correct copy of the foregoing Notice of Removal to be sent by U.S. Mail, postage prepaid, to counsel for plaintiff, addressed as follows:

**ATTORNEYS FOR PLAINTIFF GWEN THOMAS**
Nnamdi J. Nwaneri, Esq.
Bah Legal and Consulting, LLC
1220 L St. NW, Suite 700
Washington, D.C. 20005
P:  800.277.5098

DATED: December 18, 2015

By: _/s/ Jonathan Tuminaro_

Daniel E. Yonan (Bar No. 473390)
Jonathan Tuminaro (Bar No. 999051)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Ave., N.W.
Washington, DC 20005
(202) 371-2600

Attorney for Defendant
AUTOMATTIC INC.